

FILED
2010 Jan-27 PM 02:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

The Mag-Lite® flashlight is covered by one or more pending patent applications and U.S. Patent Nos. 4,286,311; 4,388,673; 5,260,858; 5,749,645; 6,196,698; 6,428,182; D263,170; and by foreign patents. Flashlight designed, patented and manufactured in the U.S.A. Mag Instrument's factory is located in Ontario, California. This product may include some imported components. The distinctive shapes, styles and overall appearances of all Mag® flashlights, and the circumferential inscriptions extending around the