FILED
2010 Jan-27 PM 02:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

