FILED
2010 Jan-27  PM 02:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

